JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**JUAN PAULO OROZCO,**<br><br>Defendant. | Case No. EDCV 11-00400 WDK (FMOx)<br><br>**AMENDED JUDGMENT** |

The Application of J & J Sports Productions, Inc. for the entry of Default Judgment as to defendant **Juan Paulo Orozco**, an individual d/b/a LA Taverna, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff J & J Sports Productions, Inc. against defendant **Juan Paulo Orozco**, an individual d/b/a LA Taverna, as follows:

(a)   defendant **Juan Paulo Orozco**, an individual d/b/a LA Taverna, shall pay the plaintiff, J & J Sports Productions, Inc., $3,600.00 in total damages plus

1 attorney's fees in the amount of $560.00 plus costs.

3 IT IS SO ORDERED.

5 IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United
6 States mail or by telefax or by email, copies of this Order on counsel in this
7 matter.

10 Dated: February 7, 2012

_____

William Keller
United States District Judge

1  attorney's fees in the amount of $560.00 plus costs.

3  IT IS SO ORDERED.

5  IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United
6  States mail or by telefax or by email, copies of this Order on counsel in this
7  matter.

10  Dated: February 7, 2012

_____

William Keller
United States District Judge