JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**JUAN PAULO OROZCO,**<br><br>Defendant. | Case No. EDCV 11-00400 WDK (FMOx)<br><br>**AMENDED JUDGMENT** |

The Application of J & J Sports Productions, Inc. for the entry of Default Judgment as to defendant **Juan Paulo Orozco**, an individual d/b/a LA Taverna, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff J & J Sports Productions, Inc. against defendant **Juan Paulo Orozco**, an individual d/b/a LA Taverna, as follows:

(a) defendant **Juan Paulo Orozco**, an individual d/b/a LA Taverna, shall pay the plaintiff, J & J Sports Productions, Inc., $3,600.00 in total damages plus

attorney's fees in the amount of $560.00 plus costs.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United States mail or by telefax or by email, copies of this Order on counsel in this matter.

Dated: February 7, 2012

_____

William Keller
United States District Judge

- 2 -